# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Reginald James Brown | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-10103 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated January 9, 2018, this case is hereby DISMISSED.

**Date: January 28, 2018**

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:
    Matrix List of Creditors

bfmisdoc elf (1/22/15)